INSD Pro Se Civil Generic Complaint (unrelated to imprisonment) 12/19 (Adapted from AO Pro Se 1 (Rev. 12/16) Complaint for a Civil Case)

# UNITED STATES DISTRICT COURT
for the
## Southern District of Indiana

**FILED**
**5:05 pm, Feb 03, 2023**
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

**Arimou Aboubakar**

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

**Communication Test Design**

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. 4:23-cv-16 TWP-KMB
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☐ Yes ✔ No

## COMPLAINT FOR A CIVIL CASE

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date, the full name of a person known to be a minor, or a complete financial account number. A filing may include *only*: the last four digits of a social security number, the year of an individual's birth, a minor's initials, and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievances, witness statements, evidence, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Case 4:23-cv-00016-TWP-KMB   Document 1   Filed 02/03/23   Page 2 of 6 PageID #: 2

INSD Pro Se Civil Generic Complaint (unrelated to imprisonment) 12/19 (Adapted from AO Pro Se 1 (Rev. 12/16) Complaint for a Civil Case)

# I. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question    [✓] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

_____

_____

_____

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual:

   The plaintiff, *(name)* Arimou Aboubakar , is a citizen of the State of *(name)* _____, OR is a citizen of *(foreign nation)* _____

   b. If the plaintiff is a corporation, partnership, or other entity:

   The plaintiff, *(name)* Arimou Aboubakar , is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

   Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

Case 4:23-cv-00016-TWP-KMB   Document 1   Filed 02/03/23   Page 3 of 6 PageID #: 3

INSD Pro Se Civil Generic Complaint (unrelated to imprisonment) 12/19 (Adapted from AO Pro Se 1 (Rev. 12/16) Complaint for a Civil Case)

2. The Defendant(s)

   a. If the defendant is an individual:

   The defendant, *(name)* _____, is a citizen of the State of *(name)* _____, OR is a citizen of *(foreign nation)* _____.

   b. If the defendant is a corporation, partnership, or other entity:

   The defendant, *(name)* Communication Test Design, Inc. , is incorporated under the laws of the State of *(name)* Indiana , and has its principal place of business in the State of *(name)* Indiana .

   Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

   *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

   The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

   _____
   _____
   _____

## II. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Arimou Aboubakar |
| Street Address | 205 Corporate Drive |
| City and County | Madison, Dane |
| State and Zip Code | WI 53714 |
| Telephone Number | 6083812407 |
| E-mail Address | aarimou0805@hotmail.com |

INSD Pro Se Civil Generic Complaint (unrelated to imprisonment) 12/19 (Adapted from AO Pro Se 1 (Rev. 12/16) Complaint for a Civil Case)

**B.     The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation or other entity. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Communication Test Design, Inc. |
| Job or Title *(if known)* | |
| Street Address | 400 River Ridge Pkwy |
| City and County | Jeffersonville, Clark |
| State and Zip Code | IN, 47130 |
| Telephone Number | 4086801893 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Case 4:23-cv-00016-TWP-KMB   Document 1   Filed 02/03/23   Page 5 of 6 PageID #: 5

INSD Pro Se Civil Generic Complaint (unrelated to imprisonment) 12/19 (Adapted from AO Pro Se 1 (Rev. 12/16) Complaint for a Civil Case)

### III.     Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

On December 1st, 2022, I have received a letter from Equal Employment Opportunity Commission in Indianapolis Dist[rict] have 90 days to file a charge if I chose to sue the respondent,

I am filling this lawsuit against Communication Test Design, Inc. because I believe I was undoubtly discriminated agai[nst] national origin as while as my age. On March 30th, 2022 between 08:00am -11:00am which was my very first day of w[ork] by the H.R. that I was going to meet with Aime Hernandez as the instructor for the job orientation, but unluckily, I was in the team including the instructor. The whole issue began when Aime Hernandez willfully chose to expedite with other team members to to the locker room and showed them how to use unfamiliar electronic locks while I was waiting to obtain my badge at t[he] set up and got into the locker room, I struggled by myself to open up the lock that was assigned by the security officer. got out from the locker room in search of the instructor who already left the location with other employees, finally, I found her in an open space where she claimed that she thought me how to use the lock, but I forgot about the instruction which was a lie. B[ack] to gaslight me. In addition to her claim, she told other employees that I am an old man in the break room where all of them cracked up. When I began to work in shipping departmnent, three co-workers whom I have worked next to in the department, sudd[enly] me personal questions without getting to know my full name at least. Rather, they chose to ask me about my national origin in order to attack me verbally. Despite that I have answered their question in a professional manner, I was told by the co-workers that the from are loud and crazy. What drove me out to get the supervisor was when they said that " today might be my last day I was hired as a full time employee. From that moment, I got the supervisor (Michell Lewis) to question about their nast[y] supervisor on the other hand have decided to defend them and took me to the H.R. office where things got worst because they couldn't admit and apologize for the comments even though the co-workers have confessed when they were interrogated. From that point moving forward, I handed over my badge and walked away from the company.

_____

### IV.     Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Since I have moved on, I have not landed a job till present. For this reason, I am asking for $ 300,000.00 for punitive and damages. Honestly, I was hit so hard that I couldn't pay my debts, rents and phone bills. Consequently, I have lost my room and gradually, I end up living on the street.

_____
_____
_____

INSD Pro Se Civil Generic Complaint (unrelated to imprisonment) 12/19 (Adapted from AO Pro Se 1 (Rev. 12/16) Complaint for a Civil Case)

**V.    Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:  02/03/2023

Signature of Plaintiff  *[signature]*

Print    Save As...    Add Attachment    Reset