UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| ARIMOU ABOUBAKAR, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:23-cv-00016-TWP-KMB |
| | ) |
| COMMUNICATION TEST DESIGN, INC, | ) |
| | ) |
| Defendant. | ) |

**ENTRY DISMISSING ACTION AND
DIRECTING ENTRY OF FINAL JUDGMENT**

In the Entry of May 18, 2023, the Court noted the *in forma pauperis* status of *pro se* Plaintiff and explained that both his Complaint and Amended Complaint were missing information, which made it impossible for the Court to adequately screen the pleadings for jurisdictional purposes (Filing No. 11). The Court gave Plaintiff an opportunity to again amend his Complaint no later than June 19, 2023, to cure the deficiencies. The Court warned that failure to respond or failure to file a second complaint would result in the action being dismissed for failure to prosecute and failure to follow Court orders.

The deadline to respond has passed, and Plaintiff has not responded to the Court's Order and has not filed an amended complaint to cure the deficiencies. Thus, Plaintiff has failed to show cause why this case should not be dismissed for failure to prosecute and failure to follow Court orders. Accordingly, for the reasons discussed in the prior Order (Filing No. 11), this action is **dismissed without prejudice**. Final judgment consistent with this Entry will be issued under separate order.

**SO ORDERED.**

Date: 8/2/2023

_____
Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

Distribution:

Arimou Aboubakar
1819 Aberg Ave., Ste. D
Madison, WI 53704