# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### NEW ALBANY DIVISION

| | |
|---|---|
| ARIMOU ABOUBAKAR, | ) |
| Plaintiff, | ) |
| v. | ) No. 4:23-cv-00016-TWP-KMB |
| COMMUNICATION TEST DESIGN, INC, | ) |
| Defendant. | ) |

## FINAL JUDGMENT PURSUANT TO FED. R. CIV. PRO. 58

The Court having this day made its Entry directing the entry of final judgment, the Court now enters **FINAL JUDGMENT**. This action is dismissed without prejudice.

Dated: 8/2/2023

Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

Roger A.G. Sharpe, Clerk of Court

By: _____
Deputy Clerk

Distribution:

Arimou Aboubakar
1819 Aberg Ave., Ste. D
Madison, WI 53704